**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02425-CMA-KLM

CHRISTINE CURRAN,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC, and
GE CAPITAL RETAIL BANK,

    Defendants.

---

**ORDER DISMISSING DEFENDANT TRANS UNION, LLC**

---

    This matter is before the Court on the parties' Notice of Dismissal of Party (Doc. # 23).  The Court has reviewed the Notice and the file, and ORDERS as follows:

    Defendant Trans Union, LLC is hereby DISMISSED WITH PREJUDICE.

All claims against the remaining Defendants are to continue.  It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Trans Union, LLC as a Defendant in this case.

    DATED:  December __11__, 2012

                                     BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge