**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02425-CMA-KLM

CHRISTINE CURRAN,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
GE CAPITAL RETAIL BANK,

    Defendants.

---

**ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

---

This matter is before the Court on the parties' Notice of Dismissal of Party (Doc. # 25). The Court has reviewed the Notice and the file, and ORDERS as follows:

Defendant Equifax Information Services, LLC is hereby DISMISSED WITH PREJUDICE. All claims against the remaining Defendants are to continue. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Equifax Information Services, LLC as a Defendant in this case.

DATED: January __03__, 2012

                                                          BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge