**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02425-CMA-KLM

CHRISTINE CURRAN,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
GE CAPITAL RETAIL BANK,

      Defendants.

---

**ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

---

This matter is before the Court on the parties' Notice of Dismissal of Party (Doc. # 28). The Court has reviewed the Notice and the file, and ORDERS as follows:

Defendant Experian Information Solutions, Inc. is hereby DISMISSED WITH PREJUDICE. All claims against the remaining Defendant are to continue. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Experian Information Solutions, Inc. as a Defendant in this case.

February __13__, 2013

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge